3 A.3d 515

IN THE MATTER OF PETER ROY CELLINO, AN ATTORNEY AT LAW (ATTORNEY NO. 044312004).

September 15, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–016, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **PETER ROY CELLINO,** formerly of **SPRINGFIELD,** who was admitted to the bar of this State in 2005, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(b) (failure to keep client reasonably informed), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And respondent having failed to appear on the Order directing him to show cause why respondent should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **PETER ROY CELLINO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.